RICK A. YARNALL  
CHAPTER 13 BANKRUPTCY TRUSTEE  
701 BRIDGER AVENUE SUITE 820  
LAS VEGAS, NEVADA 89101  
(702) 853-4500

RECEIVED & FILED

APR 29   2 42 PM '11

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE: ) BK-S-08-15079-BAM  
DROPINSKI, MARKS S. ) Chapter 13  
DROPINSKI, MELANIE S. )  
) **NOTICE OF UNCLAIMED FUNDS**  
_____ )

TO:   Clerk, United States Bankruptcy Court

From: Rick A. Yarnall, Chapter 13 Bankruptcy Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim# | Claimant & Address | CAS 106000 | CAS613300 |
|---|---|---|---|
| 6 | CHASE BANK USA NA<br>CIRCUIT CITY-PRIVATE LABEL<br>P.O. BOX 100018<br>KENNESAW, GA  30156 | | $257.94 |
| | Totals | | $257.94 |

Date: 04292011

RICK A. YARNALL, TRUSTEE  
Rick A. Yarnall  
Chapter 13 Bankruptcy Trustee

NOTE: Claims that are $25.00 or less go into CAS 106000. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on one check.

Reason:   Received check back from Post Office stating return to sender not deliverable as addressed. Sent creditor a Change of address From. Sent to Unclaimed Funds as creditor did not respond to the Change of Address Form that was sent to them.  Unable to locate creditor.

rcpt # 201466                                $257.94